IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Patrick Suschak and Christina Suschak | : | Bankruptcy No. 19-20402-CMB |
| | : | Chapter 13 |
| Debtor | : | |
| Patrick Suschak Christina Suschak | : | |
| | : | |
| | : | Related to Document No. 47, 48 |
| Movants | : | Document No. 49 |
| | : | |
| v. | : | |
| | : | |
| American Honda Finance Corp., | : | |
| Freedom Mortgage, Ronda J. Winnecour, | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Debtor's Mended Plan, the Notice of Proposed Modification to Amended Plan, the Order Setting Hearing, and this Certificate of Service on the following parties.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Service by First-Class Mail

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Capital One Bank (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060-6293

AES/BHEA - US Bank
P. O. Box 61047
Harrisburg, PA 17106-1047

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

PAWB Local Form 7 (07/13)

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chrysler Capital
P.O. Box 9612795
Ft. Worth, TX 76161

Citicards CBNA
701 E. 60th St. N
Sioux Falls, SD 57104-0432

Comenity Bank/Legendary Pin
P.O. Box 182273
Columbus, OH 43218-2273

Credit First NA
PO Box 818011
Cleveland, OH 44181-8011

Credit First, N.A.
P.O. Box 81083
Cleveland, OH 44181-1344

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Student Loans
PO Box 30925
Salt Lake City, UT 84130-0925

Educational Credit Management
Corporation
PO BOX 16408
St. Paul MN 55116-0408

Excela Health Care Payment
9600 SW Nimbus Avenue
Suite 260
Beaverton, OR 97008-7386

Excela health Medical Group
520 Jefferson Ave.
Suite 400
Jeannette, PA 15644-2538

Jennifer Miller
537 Virginia Avenue
Ambridge, PA 15003-1661

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Latrobe Hospital
One Mellon Way
Latrobe, PA 15650-1197

LESCO FEDERAL CREDIT UNION
ATTN KAYLA HOFFER
2613 LIGONIER STREET
LATROBE PA 15650-3247

DSNB MACY S CITIBANK
1000 TECHNOLOGY DRIVE
MS 777 O
FALLON MO 63368-2222

Mariner Finance, LLC
8211 Town Center Dr.
Nottingham, MD 21236-5904

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067 | U S Department of Education/MOHELA 633 Spirit Drive Chesterfield, MO 63005-1243 |
| Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA  98083-0788 | Wells Fargo Bank, N.A. Wells Fargo Education Financial Services PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 |
| Student Loan Corp P. O. Box 30948 Salt Lake City, UT 84130-0948 | Westmoreland Hospital 532 West Pittsburgh Street Greensburg, PA 15601-2282 |
| Sybchrony Bank/Old Navy  P. O. Box 965005 Orlando, FL 32896-5005 | Zwicker and Associates 80 Minutman Road Andover, MA 01810-1008 |

Service by electronic notification through the ECF system:

Robert Davidow on behalf of Creditor FREEDOM MORTGAGE CORPORATION
robert.davidow@phelanhallinan.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Patrick Suschak
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Justin P. Schantz on behalf of Joint Debtor Christina Suschak
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Thomas Song on behalf of Creditor FREEDOM MORTGAGE CORPORATION
pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

**PAWB Local Form 7 (07/13)**

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

EXECUTED ON: December 29, 2020

                By:    /s/ Justin P. Schantz
                          _____
                          Signature
                          Justin P. Schantz
                          Typed Name
                          324 South Maple Avenue, Greensburg, PA 15601
                          Address
                          724-837-2320
                          Phone No.
                          PA ID 210198
                          List Bar I.D. and State of Admission