# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Bankruptcy No. 19-20402-CMB

     Patrick Suschak and                 Chapter 13

     Christina Suschak,

           Debtors,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

     Creditor Name:          Excela Health Medical Group

                                  520 Jefferson Avenue, Suite 400

     Incorrect Address:       Jeannette, PA 15644

Corrected Address:

     Creditor Name:          Excela Health Medical Group

      Corrected Address     1275 South Main Street, Suite 203

                                  Greensburg, PA 15601

                                                          /s/Justin P. Schantz, Esquire

Dated: January 11, 2021                   Electronic Signature of Debtor(s)' Attorney

                                                          Law Care

                                                          David A. Colecchia and Associates

                                                          324 South Maple Ave.

                                                          Greensburg, PA 15601

                                                          724-837-2320

                                                          PA Bar I.D. 210198

                                                          jschantz@my-lawyers.us