# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                            Bankruptcy No. 19-20402-CMB

    Patrick Suschak and                                    Chapter 13
    Christina Suschak,

        Debtors,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:        Excela Health Medical Group
                          1275 South Main Street, Suite 203
    Incorrect Address:    Greensburg, PA 15601

Corrected Address:

    Creditor Name:        Excela Health Medical Group
    Corrected Address     532 West Pittsburgh Street
                          Greensburg, PA 15601

                                                 /s/Justin P. Schantz, Esquire
Dated: February 8, 2021                      Electronic Signature of Debtor(s)' Attorney
                                                  Law Care
                                                  David A. Colecchia and Associates
                                                  324 South Maple Ave.
                                                  Greensburg, PA 15601
                                                  724-837-2320
                                                  PA Bar I.D. 210198
                                                  jschantz@my-lawyers.us