## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Patrick Suschak and Christina Suschak<br><br>                Debtors, <br><br>Patrick Suschak and Christina Suschak,<br><br>                Movants,<br><br>      V.<br>No Respondents,<br><br>                Respondents. | Case No 19-20402-CMB<br>Related to Docket No. 59, 60<br>Docket No. 61<br><br>Hearing Date: May 25, 2021<br>2:30 PM<br>Response Date: May 10, 2021 |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION TO EMPLOY REALTOR

The undersigned hereby certifies that, as of May 17, 2021 no answer, objection, or other responsive pleading to Debtors' Motion to Employ Realtor filed at Docket Document 59 and served on April 21, 2021 at Docket Document 59 has been received.  The undersigned further certifies that the Court's docket in this case was reviewed May 17, 2021 at approximately 10:42 AM and no answer, to it appears thereon.  Pursuant to the Order Setting Hearing filed on April 21, 2021 at Docket Document No.60 objections to the Debtors' Motion to Employ Realtor were to be filed and served no later than May 10, 2021. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 59 is  granted.

Dated: May 17, 2021

                                        By:    /s/ Justin P. Schantz
                                                   David A. Colecchia, Esquire
                                                   Law Care
                                                   324 S. Maple Ave.
                                                   Greensburg, PA 15601-3219
                                                   (724) 837-2320
                                                   PA ID No. 210198
                                                   jschantz@my-lawyers.us