UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak | Bankruptcy No. 19-20402-CMB |
| | Chapter 13 |
| Debtors | |
| Patrick Suschak and Christina Suschak | |
| Movants | DD No. |
| v. | Related to DD No. 59 |
| Ronda J. Winnecour, Chapter 13 Trustee, Freedom Mortgage Corporation | **ENTERED BY DEFAULT** |
| Respondents | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this ___17th___ day of ___May___, **2021**, upon consideration of the **APPLICATION TO EMPLOY REALTOR**, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Scalise Real Estate, is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of multiple parcels of real estate owned or otherwise controlled by the Debtor. A realtor commission in the amount of 6% on the sale price in addition to a $275 brokerage charge is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

*5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.***

Date: 5/17/2021

**Carlota M. Böhm** dmk
United States Bankruptcy Judge

cc: **Trustee**
**Debtor**
**Counsel**
**Realtor/Broker**
**Office of the U.S. Trustee**

FILED
5/17/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patrick Suschak  
Christina Suschak  
    Debtors

Case No. 19-20402-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: May 17, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Patrick Suschak, 712 Chestnut Street, Latrobe, PA 15650-2004 |
| jdb | #+ Christina Suschak, 712 Chestnut Street, Latrobe, PA 15650-2004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Joint Debtor Christina Suschak jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Patrick Suschak jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 8