UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak<br>Debtors,<br>Patrick Suschak and Christina Suschak<br>Movants<br>v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Freedom Mortgage Corporation<br>Respondents | Bankruptcy No. 19-20402-CMB<br>Chapter 13<br><br>DD No. 77-1<br>Related to DD No. 77<br><br>Hearing date: June 21, 2021, 11 AM<br>Response date: June 13, 2021 |

**CERTIFICATE OF SERVICE OF DEBTORS' MOTION TO APPROVE SETTLEMENT**

     I certify under penalty of perjury that I served the above captioned pleading on the parties specified below on June 18, 2021. The types of service made on the parties were by Electronic Notification or First Class Mail as follows.

**Electronic Service via the ECF filing system**

Robert Davidow on behalf of Creditor FREEDOM MORTGAGE CORPORATION
robert.davidow@phelanhallinan.com

Mario J. Hanyon on behalf of Creditor FREEDOM MORTGAGE CORPORATION
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Patrick Suschak
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Justin P. Schantz on behalf of Joint Debtor Christina Suschak
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Thomas Song on behalf of Creditor FREEDOM MORTGAGE CORPORATION
pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC

ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by United States First Class Mail:**

Patrick and Christina Suschak
721 Mission Road
Latrobe, PA 15650-2617

| | |
|---|---|
| **EXECUTED ON: June 18, 2021** | By: /s/Justin P. Schantz |
| | Justin P. Schantz, Esq. |
| | David A. Colecchia and Associates |
| | 324 S. Maple Ave. |
| | Greensburg, PA 15601 |
| | 724-837-2320 |
| | PA ID  210198 |
| | **jschantz@my-lawyers.us** |