## WESTMORELAND LAW JOURNAL PROOF OF PUBLICATION NOTICE

COMMONWEALTH OF PENNSYLVANIA } SS.
COUNTY OF WESTMORELAND

Before me, the undersigned notary public, this day, personally appeared **Susan C. Zellner** to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the WESTMORELAND LAW JOURNAL. The Westmoreland Law Journal is the duly designated legal newspaper for Westmoreland County, Pennsylvania, which legal newspaper was established in 1911 and designated the Legal Periodical by the Court of Common Pleas for Westmoreland County on August 24, 1918, at 688 August Term, 1918, and by the Orphans' Court of Westmoreland County, on June 22, 1943, at 85 May Term, 1943, and is published by the Westmoreland Bar Association, 100 North Maple Avenue, Greensburg, Westmoreland County, Pennsylvania 15601. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**4 June, 2021**

The affiant further states that she is a designated agent of the Westmoreland Bar Association, the owner of said legal newspaper, that she is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

**BANKRUPTCY SALE**

In re: Patrick and Christina Suschak, 19-20402-CMB

Real property: 712 Chestnut Street, Latrobe, PA 15650, as well as certain personalty contained within, Tax Map No. 15-03-07-0-131

Sale to be held: June 21, 11:00 AM, **VIRTUAL HEARING OVER ZOOM – PLEASE CHECK  http://www.pawb.uscourts.gov FOR APPEARANCE PROCEDURES**

Contact: Justin P. Schantz. Counsel for the Debtor, (724)-837-2320 or Scalise Real Estate, Realtor, **724-539-3525**

For information: http://www.pawb.uscourts.gov/cgi-bin/cspoai.cgi

4 Jun

Sworn to and subscribed before me this

**4th** day of **June**, 20 **21**

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Jessica A. Turberville, Notary Public
Westmoreland County
My commission expires January 10, 2024
Commission number 1226130
Member, Pennsylvania Association of Notaries



## STATEMENT OF ADVERTISING COSTS TO WESTMORELAND LAW JOURNAL, Dr.

For publishing the notice or publication attached hereto on the above stated dates ......... $ 40.50

Publisher's Receipt for Advertising Costs:

The WESTMORELAND LAW JOURNAL, a legal periodical, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

WESTMORELAND LAW JOURNAL

By _____

(The Westmoreland Law Journal is owned and published by the Westmoreland Bar Association.)