PROOF OF PUBLICATION

 SCANNED

State of Pennsylvania    )   SS.
County of Westmoreland   )

Personally appeared before me a Notary Public in and for said state and county, the undersigned, who being duly sworn according to law, deposes and says, for the publisher, that the LATROBE BULLETIN is a newspaper of general circulation, established on the 19th day of December 1902, and published daily in the City of Latrobe, County of Westmoreland and State of Pennsylvania, and that the advertisement, of which copy is hereto attached, was published in the regular edition and issues on the following date

June 2, 2021

**MISCELLANEOUS LEGAL NOTICE**
BANKRUPTCY SALE

In re: Patrick and Christina Suschak, 19-20402-CMB

Real property: 712 Chestnut Street, Latrobe, PA 15650, as well as certain personalty contained within, Tax Map No. 15-03-07-0-131.

Sale to be held: June 21, 11:00 AM, VIRTUAL HEARING OVER ZOOM - PLEASE CHECK http://www.pawb.uscourts.gov FOR APPEARANCE PROCEDURES. Contact: Justin P. Schantz. Counsel for the Debtor, (724) 837-2320 or Scalise Real Estate, Realtor, 724-539-3525.
For information: http://www.pawb.uscourts.gov/cgi-bin/csoai.cgi.

(6/2/21)                 771

and is in all respects as ordered and that neither the affiant nor publisher is interested in the subject matter of the notice and that all of the allegations of the statement as to time, place and character of publication are true.

Patricia A Sherback
Business Manager

Subscribed and sworn to before me this

3 day of June      A.D. 2021

_____
Notary Republic

Commonwealth of Pennsylvania - Notary Seal
Lisa Vingin, Notary Public
Westmoreland County
My commission expires September 24, 2024
Commission number 1377609
Member, Pennsylvania Association of Notaries