**PROCEEDING MEMO**

**Date: 06/21/2021 10:00 am**

In re:  Patrick Suschak
        Christina Suschak

Bankruptcy No. 19-20402-CMB
Chapter: 13
Doc. # 66

**Appearances:** Justin P. Schantz, Ronda Winnecour, Christina Suschak (Debtor)

**Nature of Proceeding:** #66 Motion to Approve Settlement Marriage Settlement Agreement  v.  between the Debtors - Chapter 13 Trustee consents.

**Additional Pleadings:** #67 Notice of Hearing

**Judge's Notes:**
   OUTCOME: Motion granted.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
6/21/21 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA