# PROCEEDING MEMO

**Date: 06/21/2021 11:00 am**

**In re:** Patrick Suschak
Christina Suschak

Bankruptcy No. 19-20402-CMB
Chapter: 13
Doc. # 71

**Appearances:** Justin P. Schantz, Ronda Winnecour, Christina Suschak (Debtor), Jarod Trunzo (potential bidder)

**Nature of Proceeding:** # 71 Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: real property at 712 Chestnut Street, Latrobe, PA 15650, as well as certain personal property contained within.

**Additional Pleadings:** #72 Notice of Hearing
#62 Default Order Appointing Realtor
#79 & #80 Proofs of Publication

**Judge's Notes:**
-Schantz: Current offer is from Jarod Trunzo for $220,000. Sale was properly advertised. Sale is as-is, where-is. Bidder is a good faith purchaser. Bidder is approved for financing. Realtor will be receiving 6% commission.
-Winnecour: Trustee fees are $3.89.
OUTCOME:
-There were no objections to the sale and no other interested buyers present. There were no higher or better offers.
-Court finds Jarod Trunzo to be a good-faith purchaser. Sale complies with the standards set forth in *In re Abbotts Dairies*. Sale is confirmed.
-Attorney Schantz to file a revised proposed order on or before 6/22. Order to include Trustee's fees and language indicating Trustee's Office is to hold monies pending final resolution of Debtors' exemptions.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
6/21/21 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA