IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Russell Wilbur Gillis | ) | Bankruptcy No. 19-23672 CMB |
| Carmella Catherine Gillis | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No.    40 |
| No Respondent | ) | |
| Respondent(s) | ) | |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

AND NOW, this ___22nd___ day of ___June_____, 2021, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $5,746.45, of which $5,637.59 are attorney fees and $108.95 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00.  This award covers the period from 9/11/2019 to 6/3/2021.

Therefore, the Application in its face amount of $1,746.45 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,746.45 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between September 11, 2019 and June 3, 2021 in the amount of **$1,637.50** and expenses in the amount of **$108.95**.  The total award of compensation for services to date, is **$5,637.50** and expenses in the amount of **$108.95** for a grand total in the amount of **$5,746.45.**

Carlota M. Böhm
dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
6/22/21 7:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA