UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak | Bankruptcy No. 19-20402-CMB<br>Chapter 13 |
| Debtors<br>Patrick Suschak and Christina Suschak<br>Movants<br>v. | DD No.<br>Related to DD No. 66 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Respondent | |

ORDER OF COURT

AND NOW, this \_\_\_\_21st\_\_\_\_, day of \_\_\_\_June\_\_\_\_, 2021, upon consideration of the Debtors' Motion to Approve Settlement, and with the understanding that if a conflict between this Agreement and any Bankruptcy Court requirement or other Order occurs, that the requirements and Orders of this Court govern, it is hereby ordered that the Debtors' Marriage Settlement Agreement attached as Exhibit "A" is APPROVED.

A copy of this Order will be included with any filing of this Agreement in any other Court.

FILED
6/21/21 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
dmk

Carlota M. Böhm, Chief Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 19-20402-CMB
Patrick Suschak                                                                                  Chapter 13
Christina Suschak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2
Date Rcvd: Jun 21, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Patrick Suschak, 712 Chestnut Street, Latrobe, PA 15650-2004 |
| jdb | | Christina Suschak, 721 Mission Road, Latrobe, PA 15650-2617 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Joint Debtor Christina Suschak jschantz@my-lawyers.us<br>colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Patrick Suschak jschantz@my-lawyers.us<br>colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Mario J. Hanyon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 9