UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak<br><br>Debtors<br>Patrick Suschak and Christina Suschak<br>Movants<br>v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Freedom Mortgage Corporation<br>Respondents | Bankruptcy No. 19-20402-CMB<br>Chapter 13<br><br><br>DD No. 89<br>Related to DD No. 62, 71, 88 |

### CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS AND THIS CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the above captioned pleading on the parties specified below on July 1, 2021. The types of service made on the parties were by Electronic Notification or First Class Mail as follows:

**Electronic Service via the ECF filing system**

Robert Davidow on behalf of Creditor FREEDOM MORTGAGE CORPORATION
robert.davidow@phelanhallinan.com

Mario J. Hanyon on behalf of Creditor FREEDOM MORTGAGE CORPORATION
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FREEDOM MORTGAGE CORPORATION
pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by United States First Class Mail:**

Jarod L. Trunzo
124 Derbytown Road
Latrobe, PA  15650

**EXECUTED ON: July 1, 2021**                    By: /s/Justin P. Schantz
                                                                Justin P. Schantz, Esq.
                                                                David A. Colecchia and Associates
                                                                324 S. Maple Ave.
                                                                Greensburg, PA 15601
                                                                724-837-2320
                                                                724-837-0602-fax
                                                                PA ID  210198
                                                                **jschantz@my-lawyers.us**