# PROCEEDING MEMO

**Date: 08/10/2021 02:30 pm**

**In re:** Patrick Suschak
Christina Suschak

**Bankruptcy No. 19-20402-CMB**
**Chapter: 13**
**Doc. # 91**

**Appearances:** Justin P. Schantz, Jarod Trunzo (bidder), Ronda Winnecour

**Nature of Proceeding:** #91 Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: real property located at 712 Chestnut Street, Latrobe, PA 15650, as well as certain personal property contained within. Fee Amount

**Additional Pleadings:** #92 Notice of Hearing
 #62 Default Order Appointing Realtor
 It is on EASI ,
 #94 Response to Motion To Sell
 #95 Proof of Publication

**Judge's Notes:**
-Schantz: After more negotiations, there is another offer from Jarod Trunzo for $202,000 with $2,000 seller assist. This is still a reasonable offer. Sale was properly advertised. Notice was proper. A response was filed by a secured creditor wanting to ensure they would be paid in full. It will be paid in full. This sale satisfies the requirements of this Court. Have not been contacted by any other potential bidders.
OUTCOME:
-There were no objections to the sale and no other interested buyers present. There were no higher or better offers.
-Court finds Jarod Trunzo to be a good-faith purchaser. Sale complies with the standards set forth in In re Abbotts Dairies. Sale is confirmed.
-Attorney Schantz to file a revised order on or before 8/10.

FILED
8/11/21 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**