UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak | Bankruptcy No. 19-20402-CMB |
| | Chapter 13 |
| Debtors | |
| Patrick Suschak and Christina Suschak | |
| Movants | DD No. 99 |
| | |
| v. | Related to DD No. 62, 71, 91, 98 |
| | |
| Ronda J. Winnecour, Chapter 13 Trustee, | |
| Freedom Mortgage Corporation | |
| Respondents | |

**CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF SELL PROPERTY FREE AND DIVESTED OF LIENS**

I certify under penalty of perjury that I served the above captioned pleading on the parties specified below on August 12, 2021. The types of service made on the parties were by Electronic Notification or First Class Mail as follows.

**Electronic Service via the ECF filing system**

Robert Davidow on behalf of Creditor FREEDOM MORTGAGE CORPORATION
robert.davidow@phelanhallinan.com

Mario J. Hanyon on behalf of Creditor FREEDOM MORTGAGE CORPORATION
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FREEDOM MORTGAGE CORPORATION
pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by United States First Class Mail:**

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AES/BHEA - US Bank
P. O. Box 61047
Harrisburg, PA 17106-1047

American Honda Finance
P O Box 168088
Irving Tx 75016-8088

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

JPMorgan Chase Bank  N A
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Chrysler Capital
P.O. Box 9612795
Ft. Worth, TX 76161

Citicards CBNA
701 E. 60th St. N
Sioux Falls, SD 57104-0432

Comenity Bank/Legendary Pin
P.O. Box 182273
Columbus, OH 43218-2273

Credit First NA
PO Box 818011
Cleveland, OH 44181-8011

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Student Loans
PO Box 30925
Salt Lake City, UT 84130-0925

Educational Credit Management
Corporation
PO BOX 16408
St. Paul MN 55116-0408

Excela Health Care Payment
9600 SW Nimbus Avenue
Suite 260
Beaverton, OR 97008-7386

Excela Health Medical Group
532 West Pittsburgh Street
Greensburg, PA 15601

Jennifer Miller
537 Virginia Avenue
Ambridge, PA 15003-1661

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Latrobe Hospital
One Mellon Way
Latrobe, PA 15650-1197

Lesco Federal Credit Union
Attn Kayla Hoffer
2613 Ligonier Street
Latrobe PA 15650-3247

DSNB Macy's
Citibank
1000 Technology Drive
MS 777 O
FALLON MO 63368-2222

Mariner Finance, LLC
8211 Town Center Dr.
Nottingham, MD 21236-5904

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Portfolio Recovery Associates LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC
as agent for  Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Student Loan Corp
P. O. Box 30948
Salt Lake City, UT 84130-0948

Synchrony Bank/Old Navy
 P. O. Box 965005
Orlando, FL 32896-5005

U S Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005-1243

Wells Fargo Bank, N.A.
Wells Fargo Education Financial Services
PO Box 10438,
MAC F8235-02F
Des Moines, IA 50306-0438

Zwicker and Associates
80 Minutman Road
Andover, MA 01810-1008

| | |
|---|---|
| **EXECUTED ON: August 12, 2021** | By: /s/Justin P. Schantz <br> Justin P. Schantz, Esq. <br> David A. Colecchia and Associates <br> 324 S. Maple Ave. <br>  Greensburg, PA 15601 <br>  724-837-2320 <br> PA ID  210198 <br> **jschantz@my-lawyers.us** |