UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak | Bankruptcy No. 19-20402-CMB |
| | Chapter 13 |
| Debtors | |
| Patrick Suschak and Christina Suschak | |
| Movants | DD No. 101 |
| v. | Related to DD No. 97,98, 100 |
| Ronda J. Winnecour, Chapter 13 Trustee, | |
| Freedom Mortgage Corporation | |
| Respondents | |

**Certificate of Service**

I certify under penalty of perjury that I served the *Order Confirming Chapter 13 Sale of Property Free and Divested of Liens*, filed at Docket Document No. 100, by Electronic Notification or First Class Mail as follows.

**Electronic Service via the ECF filing system**

Robert Davidow on behalf of Creditor FREEDOM MORTGAGE CORPORATION
robert.davidow@phelanhallinan.com

Mario J. Hanyon on behalf of Creditor FREEDOM MORTGAGE CORPORATION
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Patrick Suschak
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Justin P. Schantz on behalf of Joint Debtor Christina Suschak
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Thomas Song on behalf of Creditor FREEDOM MORTGAGE CORPORATION
pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by United States First Class Mail:**

Jarod L. Trunzo
124 Derbytown Road
Latrobe, PA 15650

Berkshire Hathaway Home Service
c/o Marcia Dolan
4963 State Route 30
Greenburg, PA 15601

Scalise Real Estate
c/o Ryan Scalise
5852 Route 981
Latrobe, PA 15650

**Service by Electronic Mail:**

Ariel Mulry, PNC Bank Mortgage Loan Officer for Buyer, Jarod L. Trunzo
ariel.mulry@pnc.com

**EXECUTED ON: August 16, 2021**         By: /s/Justin P. Schantz
                                                   Justin P. Schantz, Esq.
                                                   David A. Colecchia and Associates
                                                   324 S. Maple Ave.
                                                   Greensburg, PA 15601
                                                   724-837-2320
                                                   PA ID  210198
                                                   **jschantz@my-lawyers.us**