# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  19-20402-CMB |
| Patrick  Suschak and | : | |
| Christina Suschak | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## NOTICE OF
## CHANGE OF NAME AND ADDRESS

Undeliverable Address:

      Creditor Name:      Chrysler Capital

      Incorrect Address:      P.O. Box 9612795

                            Ft. Worth, TX 76161

      Creditor Name:      Chrysler Capital

                            Santander Tower

                            1601 Elm Street, #800

                            Dallas, TX 75201

      Correct Address:

Dated  October 4, 2021

                        /s/Justin P. Schantz, Esquire

                        Law Care

                        David A. Colecchia and Associates

                        324 South Maple Ave.

                        Greensburg, PA 15601

                        724-837-2320

                        PA Bar I.D. 210198

                        jschantz@my-lawyers.us