IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Patrick Suschak and Christina Suschak | : | Bankruptcy No. 19-20402-CMB |
| | : | Chapter 13 |
| Debtor | : | |
| Patrick Suschak and Ronda J. Winnecour | : | |
| Chapter 13 Trustee, XXX-XX-4840 | : | |
| | : | Related to Document No. 114 |
| Movant | : | Document No. |
| | : | |
| v. | : | Second Wage Attachment Motion WO-2 |
| | : | |
| Kongsberg Protech Systems USA | : | |
| Respondent | : | |

# CERTIFICATE OF SERVICE OF EX-PARTE ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

I certify under penalty of perjury that I served the above captioned pleading, the **Order** and **Form 12** on the parties at the addresses specified below or on the attached list on January 28, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Service by First-Class Mail

Kongsberg Protech Systems USA
Attn Payroll Administrator
210 Industrial Park Road
Johnstown, PA 15904

Patrick Suschak
514 Spring Street
Latrobe, PA 15650-1935

EXECUTED ON: January 28, 2022

By:   /s/ Justin P. Schantz_____
Signature
Justin P. Schantz_____
Typed Name
324 South Maple Avenue, Greensburg, PA 15601_____
Address
724-837-2320_____
Phone No.
PA ID 210198_____
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**