**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/27/2022

IN RE:

PATRICK SUSCHAK
514 SPRING STREET
LATROBE, PA 15650
XXX-XX-4840           Debtor(s)

Case No. 19-20402 CMB

Chapter 13

CHRISTINA SUSCHAK
721 MISSION ROAD
LATROBE, PA 15650
XXX-XX-8391

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/27/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LEVIN FRNTR/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6480 |
| **GRB LAW**\*\*<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN HONDA FINANCE CORP**\*<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  6,682.13<br>COMMENT:  REMOVED/PL\*NO$/SCH G\*22 REM MOS/PL\*CL 10797.82\*PIF/CRED~PAY NO MORE/ | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9977 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  28,149.25<br>COMMENT:  SOLD\*PMTS PROPER/CONF\*RMVD/PL\*BGN 2/19\*PIF/CR\*CL=164097.03 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2386 |
| **LESCO FEDERAL CREDIT UNION**<br>2613 LIGONIER ST<br>LATROBE, PA  15650 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT:  355/PL\*355.01x(60+2)=LMT\*$0ARRS/CL-PL\*W/40 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4840 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  9,232.88<br>COMMENT:  1860~US BANK/SCH\*FR BHEA-US BK-PHEAA-DOC 44 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4840 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  3,292.42<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7693 |
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4447 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  11,196.56<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1713 |
| **CHASE CARD SERVICES**\*\*<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEASE BLNC~DISPUTED/SCH*NT ADR/NTC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,917.33<br>COMMENT: NO NUM/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4547 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 334.81<br>COMMENT: 5628/SCH*ANN TAYLOR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5621 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,429.82<br>COMMENT: EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7177 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 2,666.49<br>COMMENT: LEGENDARY PINE MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2249 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 299.68<br>COMMENT: VCTR SCRT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7744 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 701.55<br>COMMENT: 5177/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8391 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 746.45<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1783 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE PAYMENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9132 |

Case 19-20402-CMB    Doc 123    Filed 05/27/22    Entered 05/27/22 14:09:26    Desc
Page 5 of 7

CLAIM RECORDS

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **EXCELA HEALTH MEDICAL GROUP++**<br>520 JEFFERSON AVE STE 400<br><br>JEANNETTE, PA 15644-2538 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8EMG |
| **JENNIFER MILLER**<br>2505 SUNSET AVE<br><br>AMBRIDGE, PA 15003 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 1,163.00<br>COMMENT: CONCERT TICKETS | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,449.53<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5990 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0544 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0097 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0097 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 589.53<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2390 |
| **MOHELA O/B/O DEPARTMENT OF EDUCATION**<br>C/O DEPT OF EDUCATION/MOHELA<br>PO BOX 79023<br>ST LOUIS, MO 63179 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 28,445.66<br>COMMENT: 3868/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8291 |
| **DISCOVER STUDENT LOANS**<br>PO BOX 6107<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 5,112.17<br>COMMENT: NO ACCT~STUDENT LOAN CORP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1021 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~OLD NAVY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1424 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5911 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TOYS R US/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1927 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 338.91<br>COMMENT: WALMART/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8399 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO EDUCATION FINANCIAL SVC<br>301 E 58TH ST N<br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 9,363.81<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9471 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br>GREENSBURG, PA 15601 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1070 |
| **ZWICKER AND ASSOCIATES PC**<br>80 MINUTEMAN RD<br>ANDOVER, MD 01810 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PATRICK SUSCHAK**<br>1360 ROSS MOUNTAIN PARK RD<br>NEW FLORENCE, PA 15944 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 354.85<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8548 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: SOLD*56.04/CL-PL*THRU 1/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2386 |
| **LESCO FEDERAL CREDIT UNION**<br>2613 LIGONIER ST<br>LATROBE, PA 15650 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 987.28<br>COMMENT: NO GEN UNS/SCH*W/5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4840 |

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1 PENN CENTER PLZ STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103 | COMMENT:  FREEDOM MORT/PRAE | |
| | | |
| **MARIO HANYON ESQ** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| BROCK & SCOTT PLLC | Court Claim Number: | ACCOUNT NO.: |
| 302 FELLOWSHIP RD STE 130 | | |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  FREEDOM MORT/PRAE | |