## UNITED STATES BANKRUPTCY COURT

### Western District Of Pennsylvania

IN RE:                                        CASE NO:  1920402

PATRICK SUSCHAK and CHRISTINA                 CHAPTER   13
SUSCHAK

Debtor (s)

### **NOTICE OF CLAIM SATISFACTION**

As to Claim 3 filed on 02/14/2019, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter  13 Trustee.


/s/ Katherine R. Wambold
Katherine R. Wambold
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-866-834-7960