FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Patrick Suschak and Christina Suschak | : | Case No. 19-20402-CMB |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| | : | Document No. 129 |
| Movant | : | |
| | : | |
| Patrick Suschak | | |
| Christina Suschak | : | |
| Respondents | | |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served the above captioned pleading, the ***Order to Stop Payroll Deductions*** and ***Form 12*** on the parties at the addresses specified below or on the attached list on January 23,2024 The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Service by First-Class Mail

Kongsberg Protech Systems USA
Attn Payroll Administrator
210 Industrial Park Road
Johnstown, PA 15904

Patrick Suschak
712 Chestnut St.
Latrobe, PA 15650

EXECUTED ON: January 23, 2024

By:   /s/ Justin P. Schantz_____
Signature
Justin P. Schantz_____
Typed Name
324 South Maple Avenue, Greensburg, PA 15601_____
Address
724-837-2320_____
Phone No.
PA ID 210198_____
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**