**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICK SUSCHAK<br>CHRISTINA SUSCHAK<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-20402<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


April 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2019 and confirmed on 4/9/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,422.85 |
| Less Refunds to Debtor | 496.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,926.53 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,900.00 | |
|    Trustee Fee | 3,614.41 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,514.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 28,149.25 | 28,149.25 | 0.00 | 28,149.25 |
|     Acct: 2386 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2386 | | | | |
|   LESCO FEDERAL CREDIT UNION | 0.00 | 22,010.62 | 0.00 | 22,010.62 |
|     Acct: 4840 | | | | |
| | | | | 50,159.87 |
| **Priority** | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK SUSCHAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK SUSCHAK | 496.32 | 496.32 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 2,900.00 | 2,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HONDA FINANCE CORP* | 6,682.13 | 6,682.13 | 0.00 | 6,682.13 |
|     Acct: 9977 | | | | |
| | | | | 6,682.13 |
| **Unsecured** | | | | |
|   WELLS FARGO BANK NA | 168.55 | 168.55 | 0.00 | 168.55 |
|     Acct: 9471 | | | | |
|   ECMC(*) | 9,232.88 | 1,370.07 | 0.00 | 1,370.07 |
|     Acct: 4840 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,292.42 | 488.57 | 0.00 | 488.57 |
|     Acct: 7693 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4447 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 11,196.56 | 1,661.46 | 0.00 | 1,661.46 |
|     Acct: 1713 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: | | | | |
|     SANTANDER CONSUMER USA D/B/A CHRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|     LVNV FUNDING LLC | 1,917.33 | 284.51 | 0.00 | 284.51 |
|     Acct: 4547 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 334.81 | 49.69 | 0.00 | 49.69 |
|     Acct: 5621 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 2,429.82 | 360.57 | 0.00 | 360.57 |
|     Acct: 7177 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 2,666.49 | 395.68 | 0.00 | 395.68 |
|     Acct: 2249 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 299.68 | 44.47 | 0.00 | 44.47 |
|     Acct: 7744 | | | | |
|     CREDIT FIRST NA* | 701.55 | 104.10 | 0.00 | 104.10 |
|     Acct: 8391 | | | | |
|     LVNV FUNDING LLC | 746.45 | 110.76 | 0.00 | 110.76 |
|     Acct: 1783 | | | | |
|     DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9132 | | | | |
|     EXCELA HEALTH MEDICAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8EMG | | | | |
|     CAPITAL ONE NA** | 1,449.53 | 215.10 | 0.00 | 215.10 |
|     Acct: 5990 | | | | |
|     LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0544 | | | | |
|     LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0097 | | | | |
|     LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0097 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 589.53 | 87.48 | 0.00 | 87.48 |
|     Acct: 2390 | | | | |
|     US DEPARTMENT OF EDUCATION/MOHEL | 28,445.66 | 4,221.06 | 0.00 | 4,221.06 |
|     Acct: 8391 | | | | |
|     DISCOVER STUDENT LOANS | 5,112.17 | 758.60 | 0.00 | 758.60 |
|     Acct: 1021 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1424 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5911 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1927 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES LLC | 338.91 | 50.29 | 0.00 | 50.29 |
|     Acct: 8399 | | | | |
|     WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1070 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 354.85 | 52.66 | 0.00 | 52.66 |
|     Acct: 8548 | | | | |
|     LESCO FEDERAL CREDIT UNION | 987.28 | 146.50 | 0.00 | 146.50 |
|     Acct: 4840 | | | | |
|     JENNIFER MILLER | 1,163.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6480 | | | | |
|     GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PATRICK SUSCHAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-20402 | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ZWICKER AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 10,570.12 |
| TOTAL PAID TO CREDITORS | | | | | 67,412.12 |

TOTAL CLAIMED
PRIORITY              6,682.13
SECURED              28,149.25
UNSECURED           71,427.47

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICK SUSCHAK
CHRISTINA SUSCHAK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20402

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-20402-CMB
Patrick Suschak   Chapter 13
Christina Suschak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 26, 2024      Form ID: pdf900      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patrick Suschak, 514 Spring Street, Latrobe, PA 15650-1935 |
| jdb | # | Christina Suschak, 721 Mission Road, Latrobe, PA 15650-2617 |
| 14987053 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corporation, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14987058 | + | Chrysler Capital, Santander Tower, 1601 Elm Street, #800, Dallas, TX 75201-7260 |
| 14987067 | + | Excela Health CarePayment, 9600 SW Nimbus Avenue, Suite 260, Beaverton, OR 97008-7386 |
| 14987068 | + | Excela health Medical Group, 532 West Pittsburgh Street, Greensburg, PA 15601-2239 |
| 14987069 | + | Freedom Mortgage, P.O. Box 50248, Indianapolis, IN 46250-0248 |
| 14987070 | + | Jennifer Miller, 537 Virginia Avenue, Ambridge, PA 15003-1661 |
| 14987072 | | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 14987076 | + | Patrick William Suschak, 1360 Ross Mountain Park Road, New Florence, PA 15944-2240 |
| 14987078 | + | Sybchrony Bank/Old Navy, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14987083 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2024 23:51:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2024 00:07:14 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 14987052 | | Email/Text: bncnotifications@pheaa.org | Apr 26 2024 23:50:00 | AES/BHEA - US Bank, P. O. Box 61047, Harrisburg, PA 17106-1047 |
| 14996600 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2024 23:51:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14987055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:12 | Capital One, P. O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14987054 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:50 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14987056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:31:57 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14998594 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:20:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 19-20402-CMB    Doc 136    Filed 04/28/24    Entered 04/29/24 00:29:21    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15013787 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:07:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14987059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:57 | Citicards CBNA, 701 E. 60th St. N, Sioux Falls, SD 57104-0432 |
| 14987060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/ANNTYLR, P. O. Box 182789, Columbus, OH 43218-2789 |
| 14987061 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/Express, P. O. Box 182789, Columbus, OH 43218-2789 |
| 14987062 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/Legendary Pin, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14987063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/Victoria's Secret, P. O. Box 182789, Columbus, OH 43218-2789 |
| 15031866 | | Email/Text: BKPT@cfna.com | Apr 26 2024 23:49:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14987064 | | Email/Text: BKPT@cfna.com | Apr 26 2024 23:49:00 | Credit First, N.A., P.O. Box 81083, Cleveland, OH 44181-1344 |
| 14987065 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2024 00:07:41 | Credit One Bank, P. O. Box 98875, Las Vegas, NV 89193-8875 |
| 14987066 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 23:49:00 | Discover Financial Services, P. O. Box 30954, Salt Lake City, UT 84130 |
| 14987074 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:20:13 | Macy's, P. O. Box 8218, Mason, OH 45040 |
| 15031764 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14991128 | + | Email/Text: DSLBKYPRO@discover.com | Apr 26 2024 23:52:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15155764 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2024 23:51:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 15008896 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 26 2024 23:50:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14987057 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:31:59 | Chase Card, P. O. Box 15298, Wilmington, DE 19850 |
| 14987071 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 23:49:00 | Kohls/Capital One, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 14987073 | | Email/Text: teller2@lescofcu.com | Apr 26 2024 23:49:00 | Lesco Federal Credit Union, 2613 Ligonier Street, Latrobe, PA 15650 |
| 15021089 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:07:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990381 | | Email/Text: EBN@Mohela.com | Apr 26 2024 23:50:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15013776 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 26 2024 23:50:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14987075 | + | Email/Text: EBN@Mohela.com | Apr 26 2024 23:50:00 | Mohela/U.S. Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15000990 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2024 23:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15031594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:07:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988501 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 19-20402-CMB    Doc 136    Filed 04/28/24    Entered 04/29/24 00:29:21    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 27 2024 01:16:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15002288 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2024 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15027406 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14987077 | + | Email/Text: DSLBKYPRO@discover.com | Apr 26 2024 23:52:00 | Student Loan Corp, P. O. Box 30948, Salt Lake City, UT 84130-0948 |
| 14987079 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:13 | Synchrony Bank/JC Penney, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14987080 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:06:51 | Synchrony Bank/Toys R Us, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14987081 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:09 | Synchrony Bank/Walmart, P. O. Box 965024, Orlando, FL 32896-5024 |
| 14994748 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2024 00:06:55 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14987084 | + | Email/Text: bkfilings@zwickerpc.com | Apr 26 2024 23:52:00 | Zwicker and Associates, 80 Minutman Road, Andover, MA 01810-1008 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14987082 | ##+ | Wells Fargo EFS, P. O. Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Justin P. Schantz | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

on behalf of Joint Debtor Christina Suschak jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Justin P. Schantz

on behalf of Debtor Patrick Suschak jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Mario J. Hanyon

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song

on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 9