IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Patrick Suschak and Christina Suschak, | Bankruptcy No. 19-20402-CMB |
| Debtor(s) | Chapter 13 |
| Patrick Suschak and Christina Suschak, | |
| Movants,. | |
| vs. | |
| No Respondents | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 19, 2019 at docket numbers 37 and 38, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:      May 8, 2024

By: /s/Justin P. Schantz
Justin P. Schantz, Esquire
David A. Colecchia and Associates
324 S. Maple Ave.
Greensburg, PA 15601
724-837-2320
724-837-0602-fax
PA ID 210198
**jschantz@my-lawyers.us**

**PAWB Local Form 24 (07/13)**