IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICK SUSCHAK
CHRISTINA SUSCHAK
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-20402

Chapter 13

Document No.: 133

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this  11th  day of  June , 20 24 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmk

FILED
6/11/24 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20402-CMB

Patrick Suschak     Chapter 13

Christina Suschak

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jun 11, 2024     Form ID: pdf900     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol     Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patrick Suschak, 514 Spring Street, Latrobe, PA 15650-1935 |
| jdb | # | Christina Suschak, 721 Mission Road, Latrobe, PA 15650-2617 |
| 14987053 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corporation, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14987058 | + | Chrysler Capital, Santander Tower, 1601 Elm Street, #800, Dallas, TX 75201-7260 |
| 14987067 | + | Excela Health CarePayment, 9600 SW Nimbus Avenue, Suite 260, Beaverton, OR 97008-7386 |
| 14987068 | + | Excela health Medical Group, 532 West Pittsburgh Street, Greensburg, PA 15601-2239 |
| 14987069 | + | Freedom Mortgage, P.O. Box 50248, Indianapolis, IN 46250-0248 |
| 14987070 | + | Jennifer Miller, 537 Virginia Avenue, Ambridge, PA 15003-1661 |
| 14987072 | | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 14987076 | + | Patrick William Suschak, 1360 Ross Mountain Park Road, New Florence, PA 15944-2240 |
| 14987078 | + | Sybchrony Bank/Old Navy, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14987083 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jun 12 2024 00:32:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 12 2024 00:36:14 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 14987052 | | Email/Text: bncnotifications@pheaa.org | Jun 12 2024 00:31:00 | AES/BHEA - US Bank, P. O. Box 61047, Harrisburg, PA 17106-1047 |
| 14996600 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 12 2024 00:33:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14987055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:13 | Capital One, P. O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14987054 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:13 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14987056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:07 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14998594 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Record ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15013787 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14987059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 01:18:20 | Citicards CBNA, 701 E. 60th St. N, Sioux Falls, SD 57104-0432 |
| 14987060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2024 00:31:00 | Comenity Bank/ANNTYLR, P. O. Box 182789, Columbus, OH 43218-2789 |
| 14987061 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2024 00:31:00 | Comenity Bank/Express, P. O. Box 182789, Columbus, OH 43218-2789 |
| 14987062 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2024 00:31:00 | Comenity Bank/Legendary Pin, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14987063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2024 00:31:00 | Comenity Bank/Victoria's Secret, P. O. Box 182789, Columbus, OH 43218-2789 |
| 15031866 | | Email/Text: BKPT@cfna.com | Jun 12 2024 00:29:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14987064 | | Email/Text: BKPT@cfna.com | Jun 12 2024 00:29:00 | Credit First, N.A., P.O. Box 81083, Cleveland, OH 44181-1344 |
| 14987065 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2024 00:36:01 | Credit One Bank, P. O. Box 98875, Las Vegas, NV 89193-8875 |
| 14987066 | | Email/Text: mrdiscen@discover.com | Jun 12 2024 00:29:00 | Discover Financial Services, P. O. Box 30954, Salt Lake City, UT 84130 |
| 14987074 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 00:36:45 | Macy's, P. O. Box 8218, Mason, OH 45040 |
| 15031764 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14991128 | + | Email/Text: DSLBKYPRO@discover.com | Jun 12 2024 00:33:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15155764 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 12 2024 00:32:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 15008896 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 12 2024 00:31:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14987057 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 12 2024 00:36:01 | Chase Card, P. O. Box 15298, Wilmington, DE 19850 |
| 14987071 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 12 2024 00:29:00 | Kohls/Capital One, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 14987073 | | Email/Text: teller2@lescofcu.com | Jun 12 2024 00:29:00 | Lesco Federal Credit Union, 2613 Ligonier Street, Latrobe, PA 15650 |
| 15021089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 00:36:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990381 | | Email/Text: EBN@Mohela.com | Jun 12 2024 00:30:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15013776 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 12 2024 00:30:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14987075 | + | Email/Text: EBN@Mohela.com | Jun 12 2024 00:30:00 | Mohela/U.S. Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15000990 | + | Email/Text: bncnotifications@pheaa.org | Jun 12 2024 00:31:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15031594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 01:07:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988501 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 12 2024 01:18:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15002288 | + | Email/Text: ebnpeoples@grblaw.com | Jun 12 2024 00:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15027406 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14987077 | + | Email/Text: DSLBKYPRO@discover.com | Jun 12 2024 00:33:00 | Student Loan Corp, P. O. Box 30948, Salt Lake City, UT 84130-0948 |
| 14987079 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 01:07:38 | Synchrony Bank/JC Penney, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14987080 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:14 | Synchrony Bank/Toys R Us, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14987081 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 01:07:46 | Synchrony Bank/Walmart, P. O. Box 965024, Orlando, FL 32896-5024 |
| 14994748 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 12 2024 00:36:20 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14987084 | + | Email/Text: bkfilings@zwickerpc.com | Jun 12 2024 00:33:00 | Zwicker and Associates, 80 Minutman Road, Andover, MA 01810-1008 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14987082 | ##+ | Wells Fargo EFS, P. O. Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Justin P. Schantz | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: pdf900 | Total Noticed: 53 |

on behalf of Joint Debtor Christina Suschak jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Justin P. Schantz

on behalf of Debtor Patrick Suschak jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Mario J. Hanyon

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song

on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 9